IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01089-WDM-MEH

FLOYD BEMENT,
SHELDONA RUTH BEMENT a/k/a Donna Bement,
EDRIO OIL COMPANY, INC., and
COCHETOPA CREEK, LLC,

      Plaintiffs,
v.

DAN JONES,
LILLIE JONES,
BERNARD FRIEND,
NORMA FRIEND,
BLANCHARD RANCH PARTNERSHIP, and
ALL UNKNOWN PERSONS WHO CLAIM AN INTEREST
     IN THE SUBJECT MATTER OF THIS ACTION,

      Defendants,
v.

UNITED STATES DEPARTMENT OF AGRICULTURE,

      Counterclaim Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 11, 2007.**

     The Motion to Strike Answer [Filed May 23, 2007; Docket #7] is **denied without prejudice**. No such motion is contained in the Court docket. If necessary, the motion is to be re-filed