IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-01089-WDM-MEH

FLOYD BEMENT &
SHELDONA RUTH BEMENT aka
DONNA BEMENT,
EDRIO OIL COMPANY, INC., and
COCHETOPA CREEK, LLC,

    Plaintiffs,

v.

DAN JONES,
LILLIE JONES,
BERNARD FRIEND,
NORMA FRIEND,
BLANCHARD RANCH PARTNERSHIP, and
ALL UNKNOWN PERSONS WHO CLAIM AN INTEREST
    IN THE SUBJECT MATTER OF THIS ACTION,

    Defendants,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE,

    Counterclaim Defendant.

---

## ORDER

---

    This matter having come before the Court on the Unopposed Motion for More Definite Statement Pursuant to Fed. R. Civ. P. 12(e) (Docket No.    ), and for good and sufficient cause having been shown, it is hereby

    ORDERED that the Unopposed Motion for More Definite Statement Pursuant to Fed. R.

Civ. P. 12(e) (Docket No.   ) is granted, and it is further

ORDERED that Defendants shall file a third-party complaint, pursuant to Fed. R. Civ. 14, stating the specific factual allegations that support a claim against Third-Party Defendant United States; and it is further

ORDERED that Third-Party Plaintiffs identify the real property, if any, to which there may be a dispute between Third-Party Plaintiffs and Third-Party Defendant United States.

ORDERED that Third-Party Plaintiff shall file a third-party complaint within thirty (30) days of the entry of this Order.

SO ORDERED this 3rd day of July, 2007

BY THE COURT

Walker D. Miller
United States District Judge