IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01089-WDM-MEH

FLOYD BEMENT,
SHELDONA RUTH BEMENT a/k/a Donna Bement,
EDRIO OIL COMPANY, INC., and
COCHETOPA CREEK, LLC,

    Plaintiffs,

v.

DAN JONES,
LILLIE JONES,
BERNARD FRIEND,
NORMA FRIEND,
BLANCHARD RANCH PARTNERSHIP, and
ALL UNKNOWN PERSONS WHO CLAIM AN INTEREST
    IN THE SUBJECT MATTER OF THIS ACTION,

    Defendants,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE,

    Counterclaim Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 30, 2007.**

    Plaintiffs' Unopposed Motion to Amend Answer to Counterclaims [Filed July 27, 2007; Docket #31] is **granted**. The Clerk of the Court is directed to file Docket #31-2 as Plaintiff's First Amended Answer to Counterclaims.