IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-01089-WDM-MEH

FLOYD BEMENT, SHELDONNA RUTH BEMENT, EDRIO OIL COMPANY, INC., and COCHETOPA CREEK, LLC,

    Plaintiffs,

v.

DAN JONES, LILLIE JONES, BERNARD FRIEND, NORMA FRIEND, BLANCHARD RANCH PARTNERSHIP, AND ALL UNKNOWN PERSONS WHO CLAIM AN INTEREST IN THE SUBJECT MATTER OF THIS ACTION,

    Defendants,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE

    Third Party Defendant.

## ORDER OF DISMISSAL

Miller, J.

This case is before me on the Joint Motion to Dismiss Plaintiffs Floyd Bement, Sheldonna Ruth Bement aka Donna Bement, and Edrio Oil Company, Inc. As Plaintiffs (doc no 46). These Plaintiffs assert that they no longer have an interest in the real property that is the subject of this litigation and should therefore be dismissed from the action. Defendants Dan Jones and Lillie Jones ("Jones Defendants") oppose the motion, Third Party Defendant United States Department of Agriculture does not oppose the motion, and the position of the remaining defendants on this issue is unknown. For the

reasons set forth below, the motion is granted.

Floyd and Sheldonna Bement (the "Bements") and the Jones Defendants were adjoining property owners. The Bements transferred their property to Plaintiff Edrio Oil Co. ("Edrio") in October 2004. Edrio thereafter transferred the subject property to Plaintiff Cochetopa Creek, LLC in July 2005. The Bements commenced this action in state court seeking a declaration that a certain 2.1 acre parcel is part of the Bement property, not the Jones property, and quieting title in Plaintiffs' favor. Plaintiffs also claimed that the Jones Defendants trespassed on the property by erecting a fence on the disputed parcel. Edrio and Cochetopa Creek, LLC were thereafter added as parties, as were other defendants and third party defendants. The Bements and Edrio now wish to be dismissed from the action, claiming that they have no interest in the subject property and, therefore, no standing to continue in the litigation.

Plaintiffs purport to bring their motion under Rule 41 of the Federal Rules of Civil Procedure, but the applicable provision is actually Rule 21, which provides that parties "may be dropped or added by order of the court on motion of any party or of its own initiative at any stage of the action and on such terms as are just." Alternatively, a motion to amend pursuant to Rule 15 is appropriate in these circumstances.

In their response to the motion, the Jones Defendants do not provide any authority to counter the Plaintiffs' argument that lacking an interest in the property, the Bements and Edrio do not have standing and otherwise are not needed in this case. Rather, the Jones Defendants merely contend that the Bements should not be dismissed because the Bements commenced this action, which they claim is frivolous, and the Jones Defendants want recovery of their attorneys' fees.

If the Jones Defendants prevail in this action, any right they may have to costs or attorneys' fees would appear to be enforceable against Cochetopa Creek, LLC, the remaining plaintiff in this case and the Bements' successor. At this point, I see no legal basis for awarding attorneys' fees or imposing other conditions on the dismissal. The Jones Defendants have not yet prevailed, much less made a showing that the case was frivolous from the outset. In addition, the Jones Defendants have not explained why they would be unable to assert an independent lawsuit against the Bements for commencing this litigation, if indeed the Jones Defendants have such a cause of action. I therefore discern no prejudice to Defendants if these Plaintiffs are dismissed from this case. Moreover, none of the parties have argued that the Bements and Edrio are necessary or indispensable parties for complete resolution of the issues in this case. No reason is given to make the dismissal with prejudice.

Accordingly, it is ordered:

1. The Joint Motion to Dismiss Plaintiffs Floyd Bement, Sheldonna Ruth Bement aka Donna Bement, and Edrio Oil Company, Inc. As Plaintiffs (doc no 46) is granted. Those parties shall be dismissed without prejudice.

DATED at Denver, Colorado, on November 7, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge