IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01089-WDM-MEH

FLOYD BEMENT,
SHELDONA RUTH BEMENT a/k/a Donna Bement,
EDRIO OIL COMPANY, INC., and
COCHETOPA CREEK, LLC,

      Plaintiffs,
v.

DAN JONES,
LILLIE JONES,
BERNARD FRIEND,
NORMA FRIEND,
BLANCHARD RANCH PARTNERSHIP, and
ALL UNKNOWN PERSONS WHO CLAIM AN INTEREST
      IN THE SUBJECT MATTER OF THIS ACTION,

      Defendants,
v.

UNITED STATES DEPARTMENT OF AGRICULTURE,

      Counterclaim Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 15, 2007.**

      For good cause shown, Third Party Defendant United States Department of Agriculture's Motion to Amend Scheduling Order [filed November 14, 2007; doc #58] is **granted**. The Scheduling Order shall be amended as follows:

| | |
|---|---|
| Initial Expert Disclosures Due: | December 21, 2007 |
| Rebuttal Expert Disclosures Due: | January 22, 2008 |
| Discovery Cutoff: | February 22, 2008 |
| Dispositive Motions Due: | March 13, 2008 |

All other conference dates and deadlines will remain the same. No further extensions will be granted except upon a showing of good cause.